PHILIP A. CAMMARANO ET AL. *v.* WESTCHESTER
FIRE INSURANCE COMPANY
(7205)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.
Argued March 7—decision released March 15, 1989

*Donald A. Mitchell,* for the appellants (plaintiffs).

*Ralph F. Scofield,* for the appellee (defendant).

PER CURIAM. There is no error.

STATE OF CONNECTICUT *v.* RICHARD EDGE
(7354)

BORDEN, DALY and JACOBSON, Js.
Argued March 1—decision released March 15, 1989

*Nicholas P. Cardwell,* for the appellant (defendant).

*Vincent J. Dooley,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Cecelia Wiederhold,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.